# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE MONT FAIRSE,
            Appellant,
         vs.
THE STATE OF NEVADA,
             Respondent.

No. 74638

**FILED**

JAN 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on October 20, 2017. Appellant did not file the notice of appeal, however, until December 1, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

                   _Pickering_ , J.
                   Pickering

_Gibbons_ , J.                    _Hardesty_ , J.
Gibbons                          Hardesty

cc: Hon. Susan Johnson, District Judge
Wayne Mont Fairse
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk